**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
STEVEN HODGE,

                           Plaintiff,

        -against-                        20 **CIVIL** 0825 (LLS)

## **JUDGMENT**

**ABACO, LLC,**

                          Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 31, 2020, the complaint is dismissed, with costs and disbursements to Abaco according to law.

**Dated:**  New York, New York
          March 31, 2020

                                                        **RUBY J. KRAJICK**
                                                     _____
                                                      **Clerk of Court**
        **BY:**
                                                   _____
                                                     **Deputy Clerk**